UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MANUEL MARTINEZ-FUENTES,                    Case No. 10-CV-0988 (PJS/JJK)

                     Petitioner,

v.                                                            ORDER

SCOTT PETER FISHER, Warden,

                     Respondent.

Manuel Martinez-Fuentes, pro se.

Mary J. Madigan and Gregory G. Brooker, UNITED STATES ATTORNEY'S OFFICE, for respondent.

This matter is before the Court on petitioner Manuel Martinez-Fuentes's objection to the April 5, 2011 Report and Recommendation ("R&R") of Magistrate Judge Jeffrey J. Keyes. The Court has reviewed de novo those portions of the R&R to which Martinez-Fuentes has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Martinez-Fuentes's objection and adopts Judge Keyes's R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES Martinez-Fuentes's objection [Docket No. 15] and ADOPTS Judge Keyes's R&R [Docket No. 13]. Accordingly, IT IS HEREBY ORDERED THAT:

1.      Petitioner Manuel Martinez-Fuentes's petition for a writ of habeas corpus [Docket No. 1] is DENIED.

2.      This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 27, 2011                    s/Patrick J. Schiltz
                                       Patrick J. Schiltz
                                       United States District Judge